Núm. 8395.—Sanz, apldo. *v.* Sucn. Rodríguez, aplte.—C..D. Arecibo. Julio 15, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por el demandante apelado solicitando se desestime por abandono el presente recurso;

Por cuanto, de dicha moción y de las certificaciones a ella anexas aparece que la sentencia recurrida fué dictada en 20 de marzo de 1940; que el escrito de apelación fué radicado y notificado en 25 de marzo de 1940; que en esa misma fecha la corte sentenciadora señaló a la parte apelante como fianza para perfeccionar su apelación la suma de $300; que dicha fianza no ha sido aún prestada por la parte apelante, la cual tampoco ha solicitado la transcripción de la evidencia ni obtenido prórroga para ello;

Por lo tanto, se declara con lugar la moción y se desestima por abandono el recurso.